UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALBERTO LAFONTAINE,                               Case No. 08 cv 1555

        Plaintiff,

   - against -                                    **AFFIRMATION
                                                  OF SERVICE**

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
POLICE OFFICER VIRGILIO BENCOSME, and
JOHN DOES #1 - 10,

        Defendants.
------------------------------------------------------------X

      **JARED LEFKOWITZ**, an attorney duly admitted to practice in the Courts of the State of New York and the Southern District of New York affirms as follows:

      On February 14, 2008 I personally served the defendant New York City Police Department at One Police Plaza, New York, NY, at approximately 3:34 p.m. by delivering the summons and complaint to the legal department on the 14th floor.

      On February 14, 2008 I personally served the defendant City of New York at approximately 3:45 p.m. by delivering the summons and complaint to the New York City Corporation Counsel, 100 Church Street, New York, NY, to the clerk designated for receipt of service of process on the 4th floor.

Attached hereto is a copy of the summons bearing the receipt stamp of both the City of New York Corporation Counsel and the New York City Police Department.

On February 15, 2008, at approximately 12:00 p.m., I served the defendant Police Officer Virgilio Bencosme by personally delivering the summons and complaint to Sgt. Garcia-Ortiz, Shield no. 2731, who was at the front desk at the NYPD 40th Precinct, at 257 Alexander Avenue, Bronx, NY, Police Officer Bencosme's current posting.

Dated:    New York, NY
          February 17, 2008

_____
Jared Lefkowitz

# United States District Court

Southern _____ DISTRICT OF ___ New York ___

Alberto Lafontaine

v.

The City of New York,
The New York City Police Department,
Police Officer Virgilio Bencosme, and
John Does #1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CV 1555

TO: (Name and Address of Defendant)

City of NY
Corporation Counsel
100 Church Street
New York, NY.

NYPD
One Police Plaza
New York, NY 10007

Police Officer
Virgilio Bencosme
47th Precinct
Bronx, NY

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Jared M. Lefkowitz
48 Wall Street, 11th Floor
New York, NY 10005

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

*[signature: Marcos Quintero]*
BY DEPUTY CLERK

DATE: FEB 1 4 2008