UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ALBERTO LAFONTAINE,

                                          Plaintiff,       **NOTICE OF APPEARANCE**

          -against-

THE CITY OF NEW YORK, THE NEW YORK CITY       08 CV 1555 (SHS)
POLICE DEPARTMENT, POLICE OFFICER VIRGILIO
BENCOSME, and JOHN DOES #1-10,

                                        Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendants City of New York and the New York City Police Department in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendants at this office.

Dated:  New York, New York
           March 5, 2008

                                                      MICHAEL A. CARDOZO
                                                      Corporation Counsel
                                                      of the City of New York
                                                      Attorney for Defendants City of New York
                                                      and the New York City Police Department
                                                      100 Church Street, Rm. 3-189
                                                      New York, New York 10007
                                                      (212) 788-0976

                                           By:  _____
                                                      Johana Castro (JC 1809)
                                                      Assistant Corporation Counsel
                                                      Special Federal Litigation Division

To:    BY ECF
         Jared Lefkowitz, Esq.