```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALBERTO LAFONTAINE,                  :        08 Civ. 1555 (SHS)

           Plaintiff,         :

    -against-                        :        ORDER

THE CITY OF NEW YORK, *ET AL.*,      :

           Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a mid discovery status conference on June 13, 2008, at 11:00 a.m.; and

    2.    The last day for completion of discovery is August 8, 2008.

Dated: New York, New York
       April 12, 2008

                                                          SO ORDERED:

                                                          Sidney H. Stein, U.S.D.J.