USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALBERTO LAFONTAINE,                    :          08 Civ. 1555 (SHS)

                    Plaintiff,         :

        -against-                      :          ORDER

THE CITY OF NEW YORK, *ET AL*.,        :

                    Defendants.        :

------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      The last day for completion of discovery remains at August 8, 2008; and

        2.      There will be a pretrial conference on August 14, 2008, at 10:00 a.m.


Dated: New York, New York
       June 13, 2008

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.