```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| ALBERTO LAFONTAINE, | : | 08 Civ. 1555 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for the completion of discovery is extended to October 31, 2008; and

    2.    There will be a pretrial conference on October 31, 2008, at 10:00 a.m.

Dated: New York, New York
       August 14, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.