USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALBERTO LAFONTAINE,                    :        08 Civ. 1555 (SHS)

                          Plaintiff,   :

            -against-                  :        ORDER

THE CITY OF NEW YORK, *ET AL.*,        :

                          Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On September 30, 2009, Magistrate Judge Michael H. Dolinger issued a Report

and Recommendation recommending that defendant City of New York and P.O. Virgilio

Bencosme's motion for summary judgment on all claims be granted.  The Court has received

plaintiff's objections dated October 8, 2009.  After a *de novo* review of both the Report and

Recommendation and plaintiff's objections,

        IT IS HEREBY ORDERED that Magistrate Judge Dolinger's Report and

Recommendation is adopted and defendants' motion for summary judgment on all claims

[Docket # 18] is granted.

Dated:  New York, New York
        October 14, 2009

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.